# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| National Rifle Association of America, Inc., et al  Plaintiffs  v.  Village of Oak Park and David Pope, President,  Defendants | FILED: JUNE 27, 2008  08CV3696  JUDGE LEFKOW  MAGISTRATE JUDGE ASHMAN  EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

National Rifle Association of America, Inc., Robert Klein Engler and Dr. Gene A. Reisinger

| NAME (Type or print) |
|---|
| WILLIAM N. HOWARD |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ William N. Howard |
| FIRM |
| FREEBORN & PETERS LLP |
| STREET ADDRESS |
| 311 S. Wacker Dr., Suite 3000 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190114 | (312) 360-6415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐