**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-cv-3696 |
|---|---|
| NRA, et al. v. VILLAGE OF OAK PARK, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF OAK PARK and DAVID POPE

| | |
|---|---|
| NAME (Type or print) <br> LANCE C. MALINA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lance C. Malina | |
| FIRM <br> KLEIN, THORPE and JENKINS, Ltd. | |
| STREET ADDRESS <br> 20 North Wacker Drive, Suite 1660 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201555 | TELEPHONE NUMBER <br> (312) 984-6400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |