IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER, and DR. GENE A. REISINGER,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGE OF OAK PARK and DAVID POPE, President,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08 C 3696<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the **14th** day of **August, 2008**, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of Summons and Complaint on Defendants, Village of Oak Park and David Pope**, a copy of which is attached hereto.

Respectfully Submitted,

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER,** and **DR. GENE A. REISINGER,** Plaintiffs

BY:   s/ William N. Howard
        One of Their Attorneys

Local Counsel:
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois  60606
(312) 360-6415

Stephen P. Halbrook, Esq.
10560 Main St., Suite 404
Fairfax, VA  22030
(703) 352-7276
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of the **Proof of Service of Summons and Complaint on Defendants, Village of Oak Park and David Pope,** to be served upon the parties of record, as shown below, via the Court's CM/ECF on the **14th** day of **August, 2008**.

Lance C. Malina
Klein, Thorpe & Jenkins, Ltd.
20 North Wacker Drive
Suite 1660
Chicago, IL 60606-2903
(312) 984-6400
Email: lcmalina@ktjnet.com
*Atty for Oak Park / Mayor*

Jacob Henry Karaca
Klein, Thorpe & Jenkins, Ltd.
20 North Wacker Drive
Suite 1660
Chicago, IL 60606-2903
(312) 984-6400
Email: jhkaraca@ktjnet.com
*Atty for Oak Park / Mayor*

And by depositing a copy of same in the U.S. mail, with postage pre-paid, to the following:

David G. Sigale
Law Firm of David G. Sigale, P.C.
Corporate West 1
4300 Commerce Court, Suite 300-3
Lisle, Illinois 60532

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert
City of Chicago Department of Law
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
*Counsel for the City of Chicago*

Alan Gura
Gura & Possessky, PLLC
101 North Columbus Street
Suite 405
Alexandria, Virginia 22314

Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street
Suite 300
Chicago, Illinois 60602
Fax: 312-781-9202

BY:  s/ William N. Howard

1604147v1

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

NATIONAL RIFLE ASSOCIATION OF AMERICA,
et al.,
    Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    08 C 3696

V.

ASSIGNED JUDGE:    JOAN HUMPHREY LEFKOW

VILLAGE OF OAK PARK and
DAVID POPE, President,
    Defendants.

DESIGNATED
MAGISTRATE JUDGE:    MARTIN C. ASHMAN

TO: (Name and address of Defendant)
VILLAGE OF OAK PARK
c/o DAVID POPE, President or Village Clerk
123 W. Madison St.
Oak Park, IL    60302

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William N. Howard, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL    60606

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**



-------------------------------
(By) DEPUTY CLERK

July 23, 2008
-------------------------------
Date

08C3696

# Affidavit of Process Server

__NRA, et al.__ vs __Village of Oak Park, et al.__
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE #

Being duly sworn, on my oath, I __Karl Brown__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Village of Oak Park__
NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons and Complaint__

by serving (NAME) __M. Ray Wiggins__
at ☐ Home _____
☒ Business __123 W. Madison__
☒ on (DATE) __8-1-08__ at (TIME) __4:00 pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __M. Ray Wiggins - Deputy Village Mgr.__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____ ,
DATE TIME    DATE TIME
( ) _____ , ( ) _____ , ( ) _____
DATE TIME    DATE TIME    DATE TIME

**Description:**
☒ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☒ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☒ 36-50 Yrs. ☒ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☒ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

_Karl Brown_
SERVED BY
LASALLE PROCESS SERVERS

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this ___ day of __August__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

Case 1:08-cv-03696     Document 11     Filed 08/14/2008     Page 5 of 7

AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NATIONAL RIFLE ASSOCIATION OF AMERICA,
et al.,
    Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

VILLAGE OF OAK PARK and
DAVID POPE, President,
    Defendants.

CASE NUMBER: 08 C 3696

ASSIGNED JUDGE: JOAN HUMPHREY LEFKOW

DESIGNATED
MAGISTRATE JUDGE: MARTIN C. ASHMAN

TO: (Name and address of Defendant)
DAVID POPE, President
VILLAGE OF OAK PARK
123 W. Madison St.
Oak Park, IL 60302

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William N. Howard, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes*                                      **July 23, 2008**
(By) DEPUTY CLERK                                     Date

08C3696

# Affidavit of Process Server

NRA, et al. _____ vs _____ Village of Oak Park, et al.
PLAINTIFF/PETITIONER            DEFENDANT/RESPONDENT            CASE #

Being duly sworn, on my oath, I, __Karl Brown__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __David Pope__
                                                NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons and Complaint

by serving (NAME) ☒ __M. Ray Wiggins__
at ☐ Home _____
☒ Business __123 W. Madison__
☒ on (DATE) __5-1-08__ at (TIME) __4:00 pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __M. Ray Wiggins    Deputy Village Mgr__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address         ☐ Evading                           ☐ Other: _____
☐ Address Does Not Exist     ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____,
                                                DATE   TIME          DATE   TIME
( )_____ , ( )_____ , ( )_____
  DATE TIME      DATE TIME      DATE TIME

**Description:**
☒ Male       ☐ White Skin    ☒ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☐ Female     ☒ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"     ☐ 100-130 Lbs.
             ☐ Yellow Skin   ☐ Blond Hair                   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"     ☐ 131-160 Lbs.
             ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"     ☒ 161-200 Lbs.
☐ Glasses    ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this __5__ day of __August__, 20__08__

NOTARY PUBLIC

__Karl Brown__
SERVED BY
LASALLE PROCESS SERVERS

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.