## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3696 | **DATE** | 8/22/2008 |
| **CASE TITLE** | National Rifle Assoc. Vs. Village of Oak Park | | |

**DOCKET ENTRY TEXT**

Steven Holbrook's motion for leave to appear pro hac vice is granted. (6-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

Order Form (01/2005)    Case 1:08-cv-03696   Document 13   Filed 08/22/2008   Page 1 of 1

08C3696 National Rifle Assoc. Vs. Village of Oak Park    Page 1 of 1