IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF, AMERICA, INC., ROBERT KLEIN ENGLER, and DR. GENE A. REISINGER, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF OAK PARK and DAVID POPE, President, <br><br> Defendants. | Hon. Milton I. Shadur <br> Mag. Sidney I. Schenkier <br><br> Case No. 08-C-3696 |

## NOTICE OF MOTION

To:  (See attached service list)

**PLEASE TAKE NOTICE** that on September 2, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Motion to Dismiss Plaintiffs' Claims Against David Pope**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that on September 10, 2008 at 9:00 a.m., I shall appear before the Honorable Judge Shadur, or anyone sitting in his stead, in Courtroom 2303, at 219 S. Dearborn Street, Chicago, Illinois, and present **Defendants' Motion to Dismiss Plaintiffs' Claims Against David Pope**.

                  /s/ Lance C. Malina

Lance C. Malina
Jacob Karaca
Klein, Thorpe and Jenkins, Ltd.
20 N. Wacker Dr., Suite 1660
Chicago, IL 60606-2903
312-984-6400

## **CERTIFICATE OF SERVICE**

I, Lance C. Malina, an attorney, certify that I caused a copy of this Notice, and the attachment(s) described therein to be served upon the above-named attorneys, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system and/or U.S. Mail and/or facsimile, as specified below, at or before 5:00 p.m. on September 2, 2008:

*Via electronic mail filing*:

William Nicholas Howard
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Stephen P. Halbrook
10560 Main St., Suite 404
Fairfax, VA 22030

*Via U.S. Mail and Facsimile:*

David G. Sigale (Counsel for Plaintiffs in *McDonald v. Chicago*, No. 08-cv-3645)
Law Firm of David G. Sigale, P.C.
Corporate West 1
4300 Commerce Court, Suite 300-3
Lisle, Illinois 60532
Fax: 630-596-4445

Alan Gura (Counsel for Plaintiffs in *McDonald v. Chicago*, No. 08-cv-3645)
Gura & Possessky, PLLC
101 North Columbus Street, Suite 405
Alexandria, VA 22314
Fax: 703-997-7665

Stephen A. Kolodziej (Counsel for Plaintiffs in *NRA v. Chicago*, No. 08-cv-3697)
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
Fax: 312-781-9202

Michael A. Forti (Counsel for Defendants in *McDonald v. Chicago*, No. 08-cv-3645 and *NRA v. Chicago*, No. 08-cv-3697)
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
City of Chicago Department of Law
30 N. LaSalle Street, Suite 1230
Chicago, Illinois 60602
Fax: 312-742-3925

                                                               /s/ Lance C. Malina