IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF, AMERICA, INC., ROBERT KLEIN ENGLER, and DR. GENE A. REISINGER, | ) ) ) ) | Hon. Milton I. Shadur  Mag. Sidney I. Schenkier |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08-C-3696 |
| VILLAGE OF OAK PARK and DAVID POPE, President, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   (See attached service list)

**PLEASE TAKE NOTICE** that on September 2, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Answer to Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief, Defense, and Jury Demand**, a copy of which is attached and served upon you.

　　　　　　　　　　　　　　　　　　　　　　／s／ Lance C. Malina

Lance C. Malina
Jacob Karaca
Klein, Thorpe and Jenkins, Ltd.
20 N. Wacker Dr., Suite 1660
Chicago, IL 60606-2903
312-984-6400

## CERTIFICATE OF SERVICE

iManage:219532_1

I, Lance C. Malina, an attorney, certify that I caused a copy of this Notice, and the attachment(s) described therein to be served upon the above-named attorneys, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system and/or U.S. Mail and/or facsimile, as specified below, at or before 5:00 p.m. on September 2, 2008:

*Via electronic mail filing*:

William Nicholas Howard
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Stephen P. Halbrook
10560 Main St., Suite 404
Fairfax, VA 22030

*Via U.S. Mail and Facsimile:*

David G. Sigale (Counsel for Plaintiffs in *McDonald v. Chicago*, No. 08-cv-3645)
Law Firm of David G. Sigale, P.C.
Corporate West 1
4300 Commerce Court, Suite 300-3
Lisle, Illinois 60532
Fax: 630-596-4445

Alan Gura (Counsel for Plaintiffs in *McDonald v. Chicago*, No. 08-cv-3645)
Gura & Possessky, PLLC
101 North Columbus Street, Suite 405
Alexandria, VA 22314
Fax: 703-997-7665

Stephen A. Kolodziej (Counsel for Plaintiffs in *NRA v. Chicago*, No. 08-cv-3697)
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
Fax: 312-781-9202

Michael A. Forti (Counsel for Defendants in *McDonald v. Chicago*, No. 08-cv-3645 and *NRA v. Chicago*, No. 08-cv-3697)
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
City of Chicago Department of Law
30 N. LaSalle Street, Suite 1230
Chicago, Illinois 60602
Fax: 312-742-3925

                /s/ Lance C. Malina

iManage:219532_1