IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER and DR. GENE A. REISINGER, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF OAK PARK, <br><br> Defendant. | ) ) ) ) ) No. 08 CV 3696 ) ) Honorable Milton I. Shadur ) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER and DR. GENE A. REISINGER, appeal to the United States Court of Appeals for the Seventh Circuit from this Court's Order entered in this action on December 18, 2008.

Dated: December 18, 2008

Respectfully submitted,

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER, and DR. GENE A. REISINGER**
Plaintiffs

BY: <u>s/ William N. Howard</u>
One of Their Attorneys

Stephen P. Halbrook
Attorney at Law
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Tel. (703) 352-7276
Fax (703) 359-0938

William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Tel (312) 360-6415
Fax (312) 360-6573

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER, and DR. GENE A. REISINGER,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGE OF OAK PARK and DAVID POPE, President,<br><br>Defendants. | Civil Action No. 08 C 3696 |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a true and correct copy of the foregoing instrument to be served upon the parties of record, as shown below, via the Court's CM/ECF filing system on the **18th** day of **December 2008.**

>Lance C. Malina
>Jacob Henry Karaca
>Klein, Thorpe & Jenkins, Ltd.
>20 N. Wacker Dr., Suite 1660
>Chicago, IL 60606-2903
>Email: lcmailina@ktjnet.com
>        jhjaraca@ktjnet.com

                                                          s/ William N. Howard

Local Counsel:
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Tel (312) 360-6415
Fax (312) 360-6573

Stephen P. Halbrook
Attorney at Law
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Tel. (703) 352-7276
Fax (703) 359-0938
(*Pro Hac Vice*)