IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ROBERT KLEIN ENGLER and DR. GENE A. REISINGER, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF OAK PARK, <br><br> Defendant. | No. 08 CV 3696 <br><br> Honorable Milton I. Shadur |

## ORDER

The Court having ruled on December 4, 2008, that it is bound to follow the holding of *Quilici v. Village of Morton Grove*, 695 F.2d 261 (7th Cir. 1982) that the Second Amendment is not incorporated into the Fourteenth Amendment, the Plaintiffs having objected to that determination, and the Plaintiffs having taken the position that the viability of Counts I and II in their Complaint depends on a ruling that the Second Amendment is incorporated into the Fourteenth Amendment, the Court hereby grants the December 9, 2008 oral motion of the Village of Oak Park pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings on Counts I and II of the Complaint. Judgment is hereby entered in favor of the Village of Oak Park and against Plaintiffs on Count I and II of the Complaint.

Dated: December 18, 2008

ENTERED:

The Honorable Milton I. Shadur
United States District Court Judge