# United States District Court
## Northern District of Illinois
### Eastern Division

NRA                      **JUDGMENT IN A CIVIL CASE**

v.                      Case Number: 08 C 3696

Village of Oak Park

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Village of Oak Park and against Plaintiffs on Count I and II of the Complaint.

Michael W. Dobbins, Clerk of Court

Date: 12/18/2008

/s/ Sandy Newland, Deputy Clerk